**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50065 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00795-MWF-1 |
| v. | |
| JAIME MORENO, a.k.a. Chubbs, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted September 30, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Jaime Moreno appeals from the district court's judgment and challenges his guilty-plea conviction and 132-month sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii). Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Moreno's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moreno the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Moreno has waived the right to appeal his conviction. Because the record discloses no arguable issue as to the validity of that waiver, we dismiss Moreno's appeal as to his conviction. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Moreno's sentence. We accordingly affirm his sentence.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**